**<u>EXHIBIT 1</u>:** PHOTOGRAPH

