**EXHIBIT 2:** INFRINGEMENT

URL: https://www.theepochtimes.com/epochtv/curtis-sliwa-offers-nyc-mayor-eric-adams-feral-cats-to-fight-rats-4961943

